■ FURON CONSTRUCTION, INC., et al., Respondents, v LUZ S. VELEZ, Appellant. [619 NYS2d 950] —In an action to foreclose a mechanic's lien, the defendant appeals from an order of the Supreme Court, Queens County (Leviss, J.), dated November 30, 1992, which denied her motion to vacate a default judgment.

Ordered that the order is affirmed, without costs or disbursements.

It is well-settled that a default judgment may be vacated in the sound discretion of the trial court upon the movant's showing of an excusable default as well as a meritorious defense *(see,* CPLR 5015 [a]; *Perellie v Crimson's Rest.,* 108 AD2d 903; *Fiore v Galang,* 64 NY2d 999; *County of Nassau v Cedric Constr. Corp.,* 100 AD2d 890; *McCargar v Welser,* 109 AD2d 1053). In the case at bar, the defendant failed to demonstrate either. Ritter, J. P., Santucci, Friedmann and Goldstein, JJ., concur.